UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

**UNITED STATES OF AMERICA,**

v.  607CR003

**JEROME GREGORY TURNQUEST,**

**Defendant.**

## ORDER

On 4/6/09, this Court declined to grant Jerome Gregory Turnquest's motion for relief from judgment pursuant to F.R.Civ.P. 60(b), doc. # 52, due to the fact that *civil* rules of procedure are inapplicable in criminal cases. Doc. # 54. Nonetheless, the Court noted that because Turnquest's motion sought "to 'vacate and set aside' his sentence due to the alleged ineffective assistance of his counsel," his claim could be "properly considered pursuant to 28 U.S.C. § 2255." *Id.* at 1. However, before recharacterizing the motion as a § 2255 motion, the Court was duty-bound – pursuant to the Supreme Court's instructions in *Castro v. U.S.* – to warn Turnquest about certain successive filing restrictions that would result from such recharacterization. *Id.* (citing 540 U.S. 375, 383 (2003)).

After setting forth the *Castro* warnings, the Court granted Turnquest thirty days to supplement his motion or, alternatively, to notify the Court that he desired to withdraw it. *Id.* Turnquest has since responded, requesting that his motion, doc. # 52, be withdrawn (and not be recharacterized and analyzed as a § 2255 motion). Doc. # 55.

As a result, Turnquest's motion to withdraw his motion, doc. # 55, is *GRANTED*. The Clerk is therefore instructed to *WITHDRAW* Turnquest's motion for relief from judgment. Doc. # 52.

This day of 18 May 2009.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA