# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jerome Gregory Turnquest | ) | Case No: CR607-00003-001 |
| | ) | USM No: 13109-021 |
| Date of Previous Judgment: September 6, 2007 | ) | Wilson R. Smith |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

FILED
U.S. DISTRICT COURT
STATESBORO DIV.
2009 JUN 29 AM 11: 41
CLERK_____
SO. DIST. OF GA.

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___150___ months **is reduced to** ___125 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 100 to 125 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court has imposed a sentence at the top of the advisory guideline range. A sentence at the top of the advisory guideline range was imposed at the defendant's original sentencing When considering all of the Section 3553(a) sentencing factors, the Court finds a sentence of 125 months is appropriate.

Except as provided above, all provisions of the judgment dated September 6, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-29-09

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)